# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



CIVIL MINUTES -REOPENING/CLOSING    JS-6

**Case No.** 8:23-cv-00537-HDV-DFMx    **Date** 9/1/23

**Title:** Nicole Joseph v. Rebecca Chmura et al

**Present: The Honorable** Hernán D. Vera, U.S. District Judge

| Wendy Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:** Not Present

**Attorneys Present for Defendants:** Not Present

**Proceedings:** ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  In light no Proof of Service or Response to OSC was filed with the Court, this action is dismissed in its entirety. This case is closed.

☐ Entered _____.

Initials of Preparer   wh